[No. 11025.  Department One.  April 5, 1913.]

BURROUGHS ADDING MACHINE COMPANY, *Appellant*, v. T. F. WILCOX, *Receiver etc., Respondent.*[1]

Appeal from a judgment of the superior court for Chehalis county, Irwin, J., entered August 6, 1912, dismissing an action of replevin, after a trial upon stipulated facts before the court without a jury.  Affirmed.

*O. M. Nelson*, for appellant.

*B. G. Cheney* and *Hayden & Langhorne*, for respondent.

PER CURIAM.—This case, although brought by a different party plaintiff, involves the same question as *Casey-Hedges Co. v. Wilcox, ante* p. 605, 131 Pac. 205, and upon the authority of that case the judgment is affirmed.

[1]Reported in 131 Pac. 206.